DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REPUBLIC SERVICES OF FLORIDA, L.P.** d/b/a
**ALL SERVICE REFUSE,**
Appellant,

v.

**JP BUSINESS VENTURES, INC.** d/b/a **JP MULLIGANS,**
Appellee.

No. 4D2025-2871

[July 2, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. 062025SC018691AXXXCE.

Jeffrey S. Leeper and L. Elizabeth Crommelin of Reed Leeper P.C., Marietta, Georgia, for appellant.

Richard G. Coker, Jr., and Kathryn R. Coker of Coker & Feiner, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***